```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

BESSIE CURETON,

        Plaintiff,

v.                              Case No. 8:13-cv-704-T-33TBM

SUNRISE SENIOR LIVING SERVICES,
INC.,

        Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to the parties' Joint Motion to Extend Discovery Deadline (Doc. # 64), filed on May 13, 2014, and Plaintiff's Unopposed Motion to Extend Mediation Deadline (Doc. # 65), filed on May 15, 2014. The Court grants both Motions in part as set forth below.

**I.   Background**

Plaintiff Bessie Cureton filed this nursing home abuse action against Defendant Sunrise Senior Living Services, Inc. in state court on February 26, 2013, and Defendant removed the case to this Court on March 19, 2013, predicating the Court's jurisdiction on complete diversity of citizenship. (Doc. ## 1, 2). On April 26, 2013, the parties filed their Case Management Report (Doc. # 14), and the Court entered its Case Management and Scheduling Order (Doc. # 15) the same day. The Court

established April 15, 2014, as the mediation deadline. (Id.). On June 7, 2013, the Court appointed Gary Larsen, Esq. as the mediator in this case based on the parties' Notice of Mediation. (Doc. ## 17, 18). On November 7, 2013, pursuant to the parties' stipulation, the Court substituted Joan Warrington as next friend and Plaintiff. (Doc. ## 29, 36).

On February 12, 2014, the parties filed their Joint Motion for Enlargement of Time to Extend Discovery Deadline and Reschedule Mediation (Doc. # 44). On February 13, 2014, the Court granted the Motion by extending all of the case management deadlines by 60 days. (Doc. # 45). On February 21, 2014, Plaintiff filed a Notice of Cancellation of Mediation (Doc. # 49), indicating that the mediation scheduled for February 18, 2014, was cancelled and that the parties agreed to reschedule the mediation prior to the mediation deadline. Thereafter, the parties notified the Court that the mediation had been re-scheduled for May 13, 2014. (Doc. # 55).

## II. Discussion

Presently, the discovery deadline is June 2, 2014, the mediation deadline is June 9, 2014, and the dispositive motions deadline is July 2, 2014. (Doc. # 54). The pretrial conference is scheduled for November 13, 2014, and the case is

-2-

on the Court's December 2014, trial term. (Doc. # 54). At this juncture, the parties seek a 90-day extension of the aforementioned deadlines.

The Court "must take an active role in managing cases on [its] docket" and enjoys broad discretion "in deciding how best to manage the cases before [it]." Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1366 (11th Cir. 1997). The Court determines that the requested 90-day extension of the operative deadlines is excessive. As explained above, the Court has already granted one generous extension of the case management deadlines (Doc. # 45), and the parties' present request is not supported by circumstances justifying a 90-day extension.

The Court is particularly troubled by the parties' statement in the Motion to Extend the Discovery Deadline that: "Plaintiff served her First Interrogatories and Request for Production on Defendant on June 6, 2013, and Defendant served its Answers/Objections on June 12, 2013. Counsel for Plaintiff originally filed Motions to Compel Discovery on November 5, 201[3], and filed her Amended Motions to Compel Discovery on February 5, 2014." (Doc. # 64 at 2). The five-month delay between Defendant's service of its responses to Plaintiff's

discovery requests on June 12, 2013, and the filing of Plaintiff's motion to compel on November 5, 2013, evinces a pattern of unnecessary delay and does not warrant a 90-day extension of time.

The Court determines that a brief extension of time is appropriate under the circumstances of the case and will file an amended Case Management and Scheduling Order extending the discovery deadline from June 2, 2014, to June 27, 2014. The Court also determines that it is appropriate to extend the dispositive motions deadline from July 2, 2014, to July 14, 2014, and also to extend the mediation deadline from June 9, 2014, to July 7, 2014. However, the Court declines to adjust the pretrial conference date of November 13, 2014, and determines that the case should remain on the December 2014, trial term.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties' Joint Motion to Extend Discovery Deadline (Doc. # 64) and Plaintiff's Unopposed Motion to Extend Mediation Deadline (Doc. # 65) are **GRANTED** in part.

(2) The Clerk is directed to issue an amended Case Management and Scheduling Order as outlined above.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of May, 2014.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record